## DEITLE v. UNITED STATES.

No. 759, Misc.   Decided June 27, 1960.

Petitioner *pro se.*

*Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted. The judgment is vacated and the case is remanded to the District Court for a hearing at which petitioner should be present.

## DE GROAT v. NEW YORK.

No. 956, Misc.   Decided June 27, 1960.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.